MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7027
philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL ANTONIO ALARCON,<br><br>Defendant. | ) | No. CR 15-284 WHA<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [~~PROPOSED~~] ORDER |

**STIPULATION**

The United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, and Defendant Abel Antonio Alarcon, by and through Assistant Federal Public Defender Candis Mitchell, hereby stipulate that, with the Court's approval, the time between June 30, 2015 and July 14, 2015 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation by counsel. The parties will use the excluded time to work on a possible resolution

///

///

///

///

of the case.

IT IS SO STIPULATED.

Dated: July 1, 2015

___/s/_______________________________
PHILIP KOPCZYNSKI
Special Assistant United States Attorney

Dated: July 1, 2015

___/s/_______________________________
CANDIS MITCHELL
Assistant Federal Public Defender

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between June 30, 2015 and July 14, 2015 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between June 30, 2015 and July 14, 2015 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between June 30, 2015 and July 14, 2015 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: July 6, 2015

THE HONORABLE WILLIAM ALSUP
United States District Judge